**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* ______________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

11/26

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Schuerman Construction, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 47-3921104 |
| **4.** | **Debtor's address** | **Principal place of business**<br>708 Main Street<br>Cedar Falls, IA 50613<br>Number, Street, City, State & ZIP Code<br>Black Hawk<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.sbiowa.com |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first two sub-boxes. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the third sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are not more than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor: Robby and Jocelyn Schuerman — Relationship: Affiliate

District: Northern District of Iowa — When: 11/17/26 — Case number, if known:

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2026
MM / DD / YYYY

**X** /s/ Jocelyn Schuerman
Signature of authorized representative of debtor

Jocelyn Schuerman
Printed name

Title Vice President

**18. Signature of attorney**

**X** /s/ Matthew R. Higgins
Signature of attorney for debtor

Date November 17, 2026
MM / DD / YYYY

Matthew R. Higgins
Printed name

Ag & Business Legal Strategies, P.C.
Firm name

PO Box 11425
Cedar Rapids, IA 52410
Number, Street, City, State & ZIP Code

Contact phone

Email address matt@ablsonline.com

AT0016686 IA
Bar number and State

# CORPORATE RESOLUTION

The Board of Directors (the "Board") of Schuerman Construction, Inc. (the "Company"), an Iowa corporation, after holding a Special Meeting on November 11 , 2026, in accordance with Section 3.5 of the Bylaws of Schuerman Construction, Inc. ("Bylaws"), to consider the Company's current financial and operational conditions, and having determined that is in the best interests of the Company, its creditors, and its shareholders, to file a voluntary Chapter 11 bankruptcy, resolves as follows:

RESOLVED that the Company is authorized to commence a voluntary Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Northern District of Iowa; and

RESOLVED that Robby Schuerman, as the Company's President, and Jocelyn Schuerman, as the Company's Vice President, are authorized and directed, on the Company's behalf, to execute all documents reasonably necessary, appropriate, or beneficial to the Company to commence and proceed with a voluntary Chapter 11 case in the United States Bankruptcy Court for the Northern District of Iowa, including but not limited to the petition for relief under Chapter 11; and

RESOLVED that Robby Schuerman, as the Company's President, and Jocelyn Schuerman, as the Company's Vice President, are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company as necessary based on advice of the Company's bankruptcy counsel, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

RESOLVED that the Company is authorized and directed to retain the attorneys of Ag & Business Legal Strategies of Hiawatha, Iowa, including attorneys Joseph A. Peiffer, Austin J. Peiffer, and Matthew R. Higgins to represent the Company in the Chapter 11 case and, in the event that the case is converted to a case under Chapter 7 of the Bankruptcy Code, in the Chapter 7 case; and

RESOLVED that the Company is authorized and directed to retain the accounting services of Sean L. Grant, CPA, LLC, of Waterloo, IA in the Chapter 11 case; and

RESOLVED that the Board hereby ratifies, approves, and confirms in all respects all actions taken on the Company's behalf by Robby Schuerman, Jocelyn Schuerman, or the Company's agents or attorneys heretofore and in connection with the foregoing resolutions.



Doc ID: 7b4d441c89adfcba874e0da3e74bd3019c3205c3

/s/ ______________________________ Dated: 11 / 12 / 2026
Robby Schuerman
Board Member and President
Schuerman Construction, Inc.

/s/ ______________________________ Dated: 11 / 12 / 2026
Jocelyn Schuerman
Board Member and Vice President
Schuerman Construction, Inc.

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | 2026-11-12 Corporate Resolution Authorizing Filing... |
| **File name** | 2026-11-12%20Corp...%20Bankruptcy.pdf |
| **Document ID** | 7b4d441c89adfcba874e0da3e74bd3019c3205c3 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **11 / 12 / 2026** 14:04:39 UTC | Sent for signature to Robby Schuerman (rob@sbiowa.com) and Jocelyn Schuerman (jocee@sbiowa.com) by services@clio.com acting on behalf of alex@ablsonline.com IP: 162.253.45.138 |
| VIEWED | **11 / 12 / 2026** 14:36:37 UTC | Viewed by Jocelyn Schuerman (jocee@sbiowa.com) IP: 140.248.30.156 |
| SIGNED | **11 / 12 / 2026** 16:43:40 UTC | Signed by Jocelyn Schuerman (jocee@sbiowa.com) IP: 140.248.30.156 |
| VIEWED | **11 / 12 / 2026** 17:21:28 UTC | Viewed by Robby Schuerman (rob@sbiowa.com) IP: 146.75.175.1 |
| SIGNED | **11 / 12 / 2026** 17:21:39 UTC | Signed by Robby Schuerman (rob@sbiowa.com) IP: 146.75.175.1 |
| COMPLETED | **11 / 12 / 2026** 17:21:39 UTC | The document has been completed. |

Fill in this information to identify the case:

Debtor name Schuerman Construction, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Bank<br>PO Box 8122<br>Cockeysville, MD 21030 | | | | $68,000.00 | $0.00 | $68,000.00 |
| CANON FINANCIAL SERVICES, INC.<br>14904 Collections Center Dr<br>Chicago, IL 60693 | | | | $65,280.00 | $0.00 | $65,280.00 |
| Citadel Servicing Corp.<br>3 Ada Parkway Ste 200A<br>Irvine, CA 92618 | info@citadelservicing.com | | | $776,107.00 | $0.00 | $776,107.00 |
| Crystal Cabinet Works<br>1100 Crystal Drive<br>Princeton, MN 55371 | HeatherO@ccworks.com | | | $19,274.83 | $0.00 | $19,274.83 |
| Farmers State Bank | | | | $1,136,113.00 | $0.00 | $1,136,113.00 |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $876,784.00 | $0.00 | $876,784.00 |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $335,974.26 | $0.00 | $335,974.26 |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $230,108.29 | $0.00 | $230,108.29 |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $167,000.00 | $0.00 | $167,000.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schuerman Construction, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $167,000.00 | $0.00 | $167,000.00 |
| Farmers State Bank<br>131 Tower Park Drive<br>Ste 100<br>Waterloo, IA 50701 | | | | $100,000.00 | $0.00 | $100,000.00 |
| Forward Financing<br>257 East 200 South,<br>Suite 725<br>Salt Lake City, UT<br>84111 | | | | $546,000.00 | $0.00 | $546,000.00 |
| FORWARD FINANCING USA LLC<br>47 W 200 S,<br>AMERICAN PLAZA III,<br>STE 450<br>Salt Lake City, UT<br>84101 | IASOSUCCFilingsXMLV3@cscglobal.com | | | $199,375.00 | $0.00 | $199,375.00 |
| Stellantis Financial Services, Inc.<br>PO BOX 717<br>Willington<br><br>Wilmington, OH<br>45177 | | | | $86,000.00 | $0.00 | $86,000.00 |
| TOYOTA FINANCIAL SERVICES<br>PO Box 22171<br>Tempe, AZ 85285 | | | | $62,500.00 | $0.00 | $62,500.00 |
| TOYOTA FINANCIAL SERVICES<br>TOYOTA MOTOR CREDIT CORP.<br>PO Box 22171<br>Tempe, AZ 85285 | | | | $31,513.00 | $0.00 | $31,513.00 |
| U.S. Small Business Administration Loan<br>10737 Gateway West, #300<br>El Paso, TX 79935 | | | | $53,200.00 | $0.00 | $53,200.00 |
| Veridian Credit Union<br>1827 Ansborough Ave<br>PO Box 6600<br>Waterloo, IA 50704 | | | | $572,259.00 | $0.00 | $572,259.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schuerman Construction, Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Veridian Credit Union<br>1827 Ansborough Ave.<br>PO BOX 6000<br>Waterloo, IA 50704 | | | | $370,000.00 | $0.00 | $370,000.00 |
| Veridian Credit Union<br>1827 Ansborough Ave.<br>PO BOX 6000<br>Waterloo, IA 50704 | | | | $264,157.54 | $0.00 | $264,157.54 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

All State Rental
90 Vinton Street
Waterloo, IA 50703

Allied Glass LLC
PO Box 1166
Cedar Rapids, IA 52406-1166

Ally Bank
PO Box 8122
Cockeysville, MD 21030

Ally Bank
PO Box 380902
Minneapolis, MN 55438-0902

Ally Financial
PO Box 8122
Cockeysville, MD 21030

American Express
PO Box 60189
City of Industry, CA 91716-0189

AMERIS BANK
575 ANTON BLVD #1080
Costa Mesa, CA 92626

Arends Excavating, LLC
3768 W Airline Hwy
Waterloo, IA 50703

Atlas Kierland, LLC
7007 E. Marilyn Rd Unit 107
Scottsdale, AZ 85254

Bank of America
P.O. Box 15284
Wilmington, DE 19850

Bank of America
P.O. Box 672050
Dallas, TX 75267-2050

Bergen Plumbing Heating Cooling Inc.
35 Fletcher Ave
Waterloo, IA 50701

BMW BANK OF NORTH AMERICA
PO Box 83290
Chicago, IL 60691-0290

BMW Financial Services
Attn: Customer Correspondence
P.O. Box 3608
Dublin, OH 43016-0306

Brian Wingert
201 Washington Street
Cedar Falls, IA 50613

CANON FINANCIAL SERVICES, INC.
14904 Collections Center Dr
Chicago, IL 60693

Cedar Brooks Dental Group
9219 University Ave
Cedar Falls, IA 50613

Cedar Falls Utilities
1 Utility Pkwy
Cedar Falls, IA 50613

Chloe Schuerman
1112 Walnut St
Cedar Falls, IA 50613

Citadel Servicing Corp.
3 Ada Parkway Ste 200A
Irvine, CA 92618

Citibank
Citi Cards
PO Box 4175
Carol Stream, IL 60197

Cox Communications
Attn: CCS
PO Box 53249
Phoenix, AZ 85072-3249

Crystal Cabinet Works
1100 Crystal Drive
Princeton, MN 55371

Drew and Brooke Debuhr
26989 Country Road S62
Eldora, IA 50627

Even Quality Works
PO Box 431
Waverly, IA 50677

Extra Space Storage Inc.
2795 East Cottonwood Parkway
Suite 300
Salt Lake City, UT 84121

Farmers State Bank
131 Tower Park Drive
Ste 100
Waterloo, IA 50701

Farmers State Bank

Farmers State Bank
131 Tower Park Drive Ste 100
Waterloo, IA 50701

Ferguson Enterprises LLC
PO Box 676414
Dallas, TX 75267

Fishsticks Flooring Kitchen Bath
706 Ansborough Ave.
Waterloo, IA 50701

Ford Motor Company
Customer Relationship Center
P.O. Box 6248
Dearborn, MI 48121

Ford Motor Credit
PO Box 650574
885 East Collins Blvd, Suite 110
Richardson, TX 75081

Forward Financing
257 East 200 South, Suite 725
Salt Lake City, UT 84111

FORWARD FINANCING USA LLC
47 W 200 S, AMERICAN PLAZA III,
STE 450
Salt Lake City, UT 84101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
Attn: Bankruptcy Unit
PO BOX 10457
Des Moines, IA 50306

Iowa Wall Systems
4601 Crestwood Drive
Waterloo, IA 50702

Itria Ventures LLC
One Penn Plaza
123 main Street, Suite 4915
New York, NY 10119

JOHN DEERE COMMUNITY CREDIT UNION
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131

JP Morgan Chase
700 Kansas Lane
LA4 6457
Monroe, LA 71203

JPMorgan Chase Bank, N.A.
Mail Code LA2-7200
1414 Woodward Avenue
Ruston, LA 71270-2015

Liberty Hardwoods, Inc.
1620 N.E. 69th Place
Ankeny, IA 50021

Martinson Construction Co Inc
3842 W Airline Hwy
Waterloo, IA 50703

Mediacom
PO Box 5744
Carol Stream, IL 60197-5744

Mini Financial Services
P.O. Box 78103
Phoenix, AZ 85062-8103

Pool Tech, a WGHK, Inc. Company
3233 1st Ave SE
Cedar Rapids, IA 52402

Prairie Life Storage
6100 Production Drive
Cedar Falls, IA 50613

Premier Dermatology
PO Box 2400
Waterloo, IA 50704-2400

Robert J. and Wendy J. Jorgensen
868 Maucker Rd
Cedar Falls, IA 50613

Ryan and Miranda Borgwardt
3718 Apollo Street
Cedar Falls, IA 50613

Samson Fabrication, Inc.
PO Box 462
1460 W Airline Hwy
Waterloo, IA 50703-0462

Spectrum
PO Box 53249
Phoenix, AZ 85072-3249

SRP
PO Box 2951
Phoenix, AZ 85062-2951

State Farm
P.O. Box 2362
Bloomington, IL 61710

Stellantis Financial Services, Inc.
PO BOX 717 Willington
Wilmington, OH 45177

Stellantis Financial Services, Inc.
3065 Akers Mill Road
Ste 700
Atlanta, GA 30339

T-Mobile
PO Box 53410
Bellevue, WA 98015-3410

The Huntington National Bank
P.O. Box 182519
Columbus, OH 43218-2519

The Scherwin-Williams Co.
Accounts Receivable Dept.
2121 University Ave
Cedar Falls, IA 50613-6249

Toyota Financial Services
PO Box 94305
Palatine, IL 60094-4305

TOYOTA FINANCIAL SERVICES
TOYOTA MOTOR CREDIT CORP.
PO Box 22171
Tempe, AZ 85285

TOYOTA FINANCIAL SERVICES
PO Box 22171
Tempe, AZ 85285

Transworld Systems Inc.
500 Virginia Dr
Suite 514
Fort Washington, PA 19034

Trinity Health Epic - PP
PO Box 933327
Cleveland, OH 44193

U.S. Small Business Administration Loan
10737 Gateway West, #300
El Paso, TX 79935

United States Attorney Northern Distric
111 7th Ave SE Box 1
Cedar Rapids, IA 52401

Veridian Credit Union
1827 Ansborough Ave.
PO BOX 6000
Waterloo, IA 50704

Veridian Credit Union
1827 Ansborough Ave
PO Box 6600
Waterloo, IA 50704

Verizon
Verizon Wireless Bankruptcy Administrati
500 Technology Drive
Suite 550
Saint Charles, MO 63304

Visa
131 Tower Park Drive
Ste 100
Waterloo, IA 50701-9374

Waterloo Emergency Physicians LLC
PO Box 33000
Belfast, ME 04915-1222

Waterloo Water Works
P.O. Box 27
Waterloo, IA 50704

# United States Bankruptcy Court
## Northern District of Iowa

In re Schuerman Construction, Inc. — Debtor(s)

Case No. ______

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Schuerman Construction, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 17, 2026
Date

/s/ Matthew R. Higgins
Matthew R. Higgins
Signature of Attorney or Litigant
Counsel for Schuerman Construction, Inc.

Ag & Business Legal Strategies, P.C.
PO Box 11425
Cedar Rapids, IA 52410
Fax:
matt@ablsonline.com